No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the possession of a still, mash and equipment for the manufacture of liquor; the punishment, a fine of $350.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving a motor vehicle upon a public road while intoxicated; the punishment, three days in jail and a fine of $50.

All matters of procedure appear to be regular and nothing is presented for review inasmuch as the record on appeal contains no statement of facts or bills of exception.

The judgment is affirmed.

Sandifer Madison **JONAS**, Jr., Appellant,

v.

The **STATE** of Texas, Appellee.

No. 27251.

Court of Criminal Appeals of Texas.

Dec. 15, 1954.

Jimmie **THOMAS**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 27262.

Court of Criminal Appeals of Texas.

Dec. 15, 1954.

